Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Craig Conry

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-CR-435-GEB |
| ) | |
| Plaintiff, ) | STIPULATION FOR CONTINUANCE OF |
| ) | STATUS CONFERENCE FROM APRIL 6, |
| v. ) | 2012 TO APRIL 20, 2012 |
| ) | |
| CRAIG CONRY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    It is stipulated between the United States Attorney's Office for the Eastern District of California by William Wong, Esq. Assistant United States Attorney and Defendant Craig Conry through his attorney Philip Cozens that:

    The Status Conference currently scheduled for April 6, 2012 at 9:00 a.m. in Judge Burrell's Court be re-scheduled for April 20, 2012 at 9:00 in Judge Burrell's Court.  The government modified the terms of its plea agreement on April 4, 2012 and Defendant's attorney requires time to review the terms of the plea agreement and to counsel Defendant Conry regarding the plea agreement.   Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time should be excluded from speedy trial calculations from April 6, 2012 through and including April 20, 2012.

STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE     -1-

It is so stipulated.

Dated: April 5, 2012 /s/ William Wong, Esq.

William Wong, Esq.

Assistant United States Attorney

Eastern District of California

/s/ Philip Cozens

Philip Cozens

Attorney for Defendant Craig Conry

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Conference currently scheduled for April 6, 2012 at 9:00 a.m. in Judge Burrell's Court be re-scheduled for April 20, 2012 at 9:00 in Judge Burrell's Court. The government modified the terms of its plea agreement on April 4, 2012 and Defendant's attorney requires time to review the terms of the plea agreement and to counsel Defendant Conry regarding the plea agreement. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time is excluded from speedy trial calculations from April 6, 2012 through and including April 20, 2012.

**Date: 4/5/2012**

GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE     -2-