```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CRAIG CONRY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-11-00435-GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | TO CONTINUE STATUS CONFERENCE |
| CRAIG CONRY, ) | |
| ) | Date: May 18, 2012 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties, WILLIAM WONG, Assistant United States Attorney; DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant CRAIG CONRY that the status conference of April 27, 2012 at 9:00 a.m., be vacated, and the matter be set for status conference on May 18, 2012, at 9:00 a.m.

   The reason for the continuance to allow defense counsel additional time to review and investigate the facts of the case. The parties agree a continuance is necessary for these purposes, and agree to exclude time under the Speedy Trial Act accordingly.

/ / /

IT IS STIPULATED that the period from the date of the parties' stipulation, April 26, 2012 and up to and including the May 18, 2012, Status Conference, shall be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code and T4 (ongoing preparation of defense counsel). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: April 26, 2012          Respectfully submitted,

                               DANIEL BRODERICK
                               Federal Defender

                               /s/ Doug Beevers
                               DOUG BEEVERS
                               Assistant Federal Defender
                               Attorney for Defendant
                               CRAIG CONRY

Dated: April 26, 2012          BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ William Wong
                               WILLIAM WONG
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for April 27, 2012, be continued to May 18, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into

Stip and Order                 -2-

1  account the exercise of due diligence. The Court finds the ends of
2  justice to be served by granting a continuance outweigh the best
3  interests of the public and the defendant in a speedy trial.
4      It is ordered that time from the date of the parties' stipulation,
5  April 26, 2012, up to and including, the May 18, 2012, status conference
6  shall be excluded from computation of time within which the trial of this
7  matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.
8  §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel
9  reasonable time to prepare).

10 Dated:  April 27, 2012

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

Stip and Order                    -3-