DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS BEEVERS, USVI#766
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CRAIG CONRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CRAIG CONRY,<br><br>        Defendant. | No.  2:11-cr-00435 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO VACATE MOTION HEARING AND SET FOR STATUS CONFERENCE<br><br>Date:  August 31, 2012<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, JR. |

The parties request that the motion hearing in this case, presently set for August 10, 2012, be vacated and a status conference be set for August 31, 2012 at 9:00 a.m.  They stipulate that the time between August 10, 2012 and August 31, 2012 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C §3161(h)(7)(A) and (B)(iv)and Local Code T-4. Defense counsel needs additional time to investigate and interview witnesses to determine

1

whether there are valid grounds for filing a motion to suppress. Defense counsel also needs additional time to examine the evidence, specifically the firearms to determine if an expert is needed.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A) and (B)(iv)and Local Code T-4.

Dated: July 27, 2012

                                                        Respectfully submitted,

                                                        DANIEL BRODERICK
                                                        Federal Defender

                                                        /s/ Douglas Beevers
                                                        _____
                                                        DOUGLAS BEEVERS
                                                        Assistant Federal Defender
                                                        Attorney for Defendant
                                                        CRAIG CONRY

Dated: July 27, 2012                      BENJAMIN B. WAGNER
                                                       United States Attorney

                                                        /s/ William Wong
                                                        _____
                                                        WILLIAM WONG
                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the motion hearing presently set for August 10, 2012, be vacated and a status conference be set for August 31, 2012, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and

the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the August 31, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: July 30, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3